IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DEVASKO DEWAYNE LEWIS, *

Plaintiff, *

v.   Case No. 5:22-cv-00361-TES-CHW

*

Warden ANTONE CALDWELL,

*

Defendant.

*

## **J U D G M E N T**

Pursuant to this Court's Order dated April 4, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 4th day of April, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk